UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASWINDER KAUR,<br><br>             Plaintiff,<br><br>   v.<br><br>ROBERT MUELLER, III,<br>ET.AL.<br><br>             Defendant. | 1:08-CV-00071 OWW DLB<br><br>**ORDER DISMISSING ACTION** |

     Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

     IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:  April 4, 2008**　　　　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1